UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. CHATMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>NISSAN CORPORATION, et al.,<br><br>        Defendants. | Case No. 18-cv-04441-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 3, 4 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations that occurred in Los Angeles County and Orange County which are located within the venue of the United States District Court for the Central District of California. Plaintiff is incarcerated in this district. Because the allegations occurred in the Central District and the defendants reside there, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).[1]

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motions (Docket Nos. 3, 4) which are **VACATED**.

**IT IS SO ORDERED.**

Dated: August 10, 2018

                                                              JAMES DONATO<br>                                                              United States District Judge

---

[1] While it does not appear that plaintiff can proceed pursuant to 42 U.S.C. § 1983, the Central District can make that determination.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. CHATMAN,<br><br>  Plaintiff,<br><br> v.<br><br>NISSAN CORPORATION, et al.,<br><br>  Defendants. | Case No. 18-cv-04441-JD<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on August 10, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric C. Chatman ID: BD5474
SVSP
P.O. Box 1050
Soledad, CA 93960


Dated: August 10, 2018


            Susan Y. Soong
            Clerk, United States District Court


            By:_____
            LISA R. CLARK, Deputy Clerk to the
            Honorable JAMES DONATO